UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

WILLIAM A. KERN,

    Defendant.

Case No. 11-cr-40072-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant William A. Kern's *pro se* motion for sentence credit for time served in home confinement (Doc. 35) and the Government's motion to strike Kern's *pro se* motion for lack of jurisdiction (Doc. 36). This Court has sentenced Kern and its judgment is final. Kern has pointed to no authority granting the Court further jurisdiction over Kern's case or the authority to award him credit towards his sentence. Accordingly, the Court **DISMISSES** Kern's motion for **lack of jurisdiction** (Doc. 35) and **DENIES** the Government's motion **as moot** (Doc. 36). After exhausting his administrative remedies, Kern may file a separate civil action under 28 U.S.C. § 2241 challenging the duration of his confinement. *See, e.g., Ramsey v. Brennan*, 878 F.2d 995 (7th Cir. 1989).

**IT IS SO ORDERED.**
**DATED: August 14, 2012**

                                            s/J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**